| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| TERRY MATTHEW DAVIS, | § |
| Plaintiff, | § § § |
| versus | §  CIVIL ACTION NO. 9:24-CV-205 |
| D. DUNSMORE, et al., | § § § |
| Defendants. | § § |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Terry Matthew Davis, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against D. Dunsmore, S. Collins, C. Cowen, and unidentified defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On November 19, 2025, the magistrate judge recommended dismissing the action without prejudice for want of prosecution pursuant to 28 U.S.C. § 1915(g), unless Plaintiff paid the $405.00 filing fee within fourteen days. To date, the parties have not filed objections to the report. Plaintiff has not paid the filing fee.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#7) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 8th day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE